IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE CHARLES THREADGILL III,

    Plaintiff,

v.

Case No. 17-cv-945-bbc

JASON ACHTERBURG, REED RICHARDSON, SGT. CLARK AND STANLEY CORRECTIONAL INSTITUTION,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/13/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

It appearing that there is no just reason for delay, I direct that this final judgment be entered.